IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM K. OYADOMARI, | ) | CIV NO. 16-00160 LEK-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, OAHU COMMUNITY CORRECTIONAL CENTER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on April 29, 2016 and served on all parties on May 2, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss The Complaint With Leave To Amend And Deny The Application To Proceed In Forma Pauperis", ECF NO. [9] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 17, 2016.



     /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**WILLIAM OYADOMARI VS. STATE OF HAWAII, ET AL; CIVIL 16-00160 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**